142 P.3d 318

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 8, 2006**

| 26604 | State v. Razo | Affirmed |
|---|---|---|

**September 11, 2006**

| 26455 | State v. Latu | Affirmed |
|---|---|---|
| 27524 | Terry v. Terry | Affirmed |

**September 14, 2006**

| 26982 | Bohannon v. City and County of Honolulu | Affirmed |
|---|---|---|
| 27422 | State v. Crawford | Affirmed |

**September 15, 2006**

| 27473 | Lighter v. Yuen | Affirmed |
|---|---|---|
| 27336 | State v. Lee | Affirmed |

**September 18, 2006**

| 26821 | Vanstory v. State | Affirmed |
|---|---|---|